**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH**, Cal Bar No. 333800
Phone:      650 257 0719
E-mail:     reshmakamath2021@gmail.com
Address: 700 El Camino Real, Suite 120-1084
              Menlo Park, CA 94025

Counsel for PLAINTIFF MARTIN ENG LEE

**IN AND FOR THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARTIN ENG LEE, | Case No.: **3:24-cv-03628** |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST FOR A CONFLICTS-CHECK AGAINST MAGISTRATE JUDGE ALEX G. TSE.** |
| LEGAL RECOVERY LLC, a California limited liability company; DEMAS YAN, AN INDIVIDUAL; CHEUK YAN, AN INDIVIDUAL, SAN FRANCISCO SHERIFF'S DEPARTMENT, a government entity; DAVID CAIMOTTO, AN INDIVIDUAL, and DOES 1-10, inclusive, | |
| Defendants. | |

*TO THE HONORABLE COURT; PARTIES; AND, ALL ATTORNEYS OF RECORD, HEREIN:*

1

.

## PLAINTIFF'S REQUEST FOR A CONFLICTS-CHECK AGAINST MAGISTRATE JUDGE ALEX G. TSE.

*PLEASE TAKE NOTICE* that PLAINTIFF's undersigned counsel wants to perform a conflicts-check against MAGISTRATE JUDGE ALEX G. TSE. Even though, JUDGE TSE has re-assigned this case to a district court judge, MAGISTRATE JUDGE TSE, as a judicial officer of the court, is answerable to the litigants in this case, the counsel and the public.

The questions that JUDGE TSE must answer, even if he has re-assigned this case, are as follows:

- Does JUDGE ALEX G. TSE know Defendant DEMAS YAN, or DENNIS YAN, a disbarred attorney?
- Has JUDGE ALEX G. TSE met Defendant DEMAS YAN, or DENNIS YAN, ever?
- Has JUDGE ALEX G. TSE talked to Defendant DEMAS YAN, or DENNIS YAN, ever?
- Has JUDGE ALEX G. TSE met Defendant DEMAS YAN, or DENNIS YAN, at any bar association event?
- Has JUDGE ALEX G. TSE met Defendant DEMAS YAN, or DENNIS YAN, at any Chinese bar association event?
- Has JUDGE ALEX G. TSE met Defendant DEMAS YAN, or DENNIS YAN, at any Taiwanese bar association event?
- Does JUDGE ALEX G. TSE's spouse know Defendant DEMAS YAN, or DENNIS YAN?
- Does JUDGE ALEX G. TSE's spouse know Defendant DEMAS YAN's spouse?
- When JUDGE ALEX G. TSE was an attorney did he ever know or talk to Defendant DEMAS YAN?
- For each of the above questions, did JUDGE ALEX G. TSE do the same with any of the other defendants particularly,

- During and after the commencement of this case, has JUDGE ALEX G. TSE talked to any of the Defendants' agents, TINA FOON YAN, BRIAN FU, TONY FU, DUY THAI and/or anyone related to these individuals, as in how Dennis Yan appeared as agent for certain other Defendants?

MAGISTRATE JUDGE ALEX TSE must answer such and related questions before this case goes on with DISTRICT JUDGE ORRICK.

///

**DATED: July 29, 2024**            **LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

**RESHMA KAMATH**,
Counsel for PLAINTIFF,
MARTIN ENG LEE

3