

*Via ECF electronic delivery* only
DATED: AUGUST 19, 2024
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084,  Menlo Park, CA 94025
Phone: 650 257 0719 |  E-mail: reshmakamath2021@gmail.com  |
**COUNSEL.**

### *RE:   WHITE RACISM ON STEROIDS.*

It seems the White Racism at the California Northern District is on Steroids. Openly promiting racism – shame on you judges – when will you ever learn not to be racists.

Further, it seems MISOGYNY is sky-rocketing with the Male Judges in the California courts.

Dangerous combination of RACISM and MISOGYNY – that is why I had decided to leave this country.

Judges such as ORRICK keep promoting your age-old RACIST MISOGYNY like the APARTHEID LAWS that codified RACISM and MISOGYNY in rules, law and code.

American Apartheid is not yet over.

Good luck to the judges – let's see what your daughters and grand-daughters face in the coming years when Whites are not in power.

*Sincerely,*

*Reshma Kamath*

**Reshma Kamath, Counsel**